## DOYLE v. FOSTER.

(Supreme Court, Appellate Division, First Department. October 23, 1908.)

Appeal from Trial Term.

Action by Dennis Doyle against James C. Foster. From a judgment dismissing the complaint after trial before a jury, plaintiff appeals. Reversed, and new trial ordered.

Argued before PATTERSON, P. J., and INGRAHAM, CLARKE, LAUGHLIN, and SCOTT, JJ.

I. H. Harris, for appellant.
Wm. S. Cogswell, for respondent.

INGRAHAM, J. The same question is presented in this case as in the case of Doyle v. Foster (decided herewith) 112 N. Y. Supp. 673. For the reasons there stated, the judgment appealed from must be reversed, and a new trial ordered, with costs to the appellant to abide the event. All concur.

